| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** Donald Kenneth Chrispen II <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–6195 <br> EIN: __–_____ | |
| **Debtor 2:** Acacia Tate Chrispen <br> (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–6631 <br> EIN: __–_____ | |
| United States Bankruptcy Court: WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: 13   5/12/23 | |
| Case number: 23–10255–GLT | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Donald Kenneth Chrispen II | Acacia Tate Chrispen |
| 2. | **All other names used in the last 8 years** | aka Don Chrispen 2, aka Donald K. Christen, aka Donnie Chrispen II | aka Acacia Tate Fernandes, aka Acacia Tate Smith, aka Acacia Tate |
| 3. | **Address** | 1051 Newton Avenue <br> Erie, PA 16511 | 1051 Newton Avenue <br> Erie, PA 16511 |
| 4. | **Debtor's attorney** <br> Name and address | Michael S. Jan Janin <br> Quinn Buseck Leemhuis Toohey & Kroto Inc <br> 2222 West Grandview Boulevard <br> Erie, PA 16506–4508 | Contact phone 814–833–2222 <br><br> Email: mjanjanin@quinnfirm.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br><br> Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court <br> U.S. Courthouse, Room B160 <br> 17 South Park Row <br> Erie, PA 16501 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 814–464–9740 <br><br> Date: 6/2/23 |

**For more information, see page 2**

Debtor  **Donald Kenneth Chrispen II**  and  **Acacia Tate Chrispen**                                        Case number **23–10255–GLT**

| 7. Meeting of creditors | | |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 11, 2023 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com** |

| 8. Deadlines | | |
|---|---|---|
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br><br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | Filing deadline: 9/11/23 |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: 7/21/23 |
| | **Deadline for governmental units to file a proof of claim:** | Filing deadline: 11/8/23 |
| | **Deadlines for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing–proof–claim using the Electronic Proof of Claim ("ePOC") System. Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing–proof–claim.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline:    30 days after the *conclusion* of the meeting of creditors |

| 9. Filing of plan, objections and hearing | |
|---|---|
| | The debtor has filed a plan, which is attached. An initial hearing on confirmation will be conciliated by the chapter 13 trustee and will be held immediately following the meeting of creditors on:<br>**7/11/23 at 10:00 AM** , Location: **remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com**<br><br>Creditors have the duty to promptly review all plans and present any objections in a timely manner. **Objections to the initial Chapter 13 plan shall be filed with the bankruptcy clerk's office and served on the debtor, counsel for the debtor (if any), and the Chapter 13 Trustee by no later than 7 days before meeting of creditors.** Parties objecting to the Plan must attend the meeting of creditors duly scheduled pursuant to Section 7 above. To the extent a written objection is not resolved at the meeting of creditors/conciliated initial confirmation hearing or prior to or at the date set for continued conciliation conferences the plan will be set for a contested plan hearing. If no objections are timely filed, or filed objections are not prosecuted at the initial confirmation hearing or continued conciliation conferences, the Trustee may assume and the court may determine that the objection has been withdrawn, and the plan has been proposed in good faith and not by any means forbidden by law without receiving evidence on such issues. |

| 10. Creditors with a foreign address | |
|---|---|
| | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| 11. Filing a chapter 13 bankruptcy case | |
|---|---|
| | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |

| 12. Exempt property | |
|---|---|
| | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |

| 13. Discharge of debts | |
|---|---|
| | Confirmation of a chapter 13 plan may result in a discharge of debts, which may result in a discharge of all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. |

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 23-10255-GLT

Donald Kenneth Chrispen, II                                                Chapter 13

Acacia Tate Chrispen

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Jun 02, 2023 | Form ID: 309iPGH | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald Kenneth Chrispen, II, Acacia Tate Chrispen, 1051 Newton Avenue, Erie, PA 16511-2725 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15600389 | + | Donna M. Donaher, Esquire, c/o First National Bank Legal Dept., 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5708 |
| 15600388 | + | Donna M. Donaher, Esquire, 1 PPG Place, #1500, Pittsburgh, PA 15222-5416 |
| 15600390 | + | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Room 110, Erie, PA 16501-1029 |
| 15600391 | + | Erie Water Works, Collection Dept., 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15600392 | + | Erie Water Works, ATTN: Bankruptcy, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15606378 | + | GM Financial dba ACAR Leasing Ltd., ATTN: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 15606379 | + | Howard Hanna Mtg Services, ATTN: Bankruptcy, 119 Gamma Drive, Pittsburgh, PA 15238-2902 |
| 15600396 | | M&T Bank, ATTN: Bankruptcy, 1 M&T Plaza, 4th Floor, Buffalo, NY 14203 |
| 15600400 | | M&T Bank Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15606388 | + | MERS, 1901 Vorhees Street, Suite C, Danville, IL 61834-4512 |
| 15606397 | | Mortgage Eletronic Services, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15600401 | + | Pembroke Lake Apartments, ATTN: Bankruptcy, 700 Moraine Court, Virginia Beach, VA 23455-6360 |
| 15606408 | + | St. Vincent Health Center, ATTN: Emily McNaughton, 4 Allegheny Center, Pittsburgh, PA 15212-5255 |
| 15606409 | + | St. Vincent Hospital, ATTN: Bankruptcy Dept., 232 West 25th Street, Erie, PA 16544-0001 |
| 15606414 | | Vive Financial, ATTN: Bankruptcy, 380West Dada Drive, Suite #200, Draper, UT 84020 |
| 15606415 | | Wells Fargo Bank, PO Box 1629, Saint Paul, MN 55121 |
| 15606417 | + | Wells Fargo Bank, National Association, 301 S. Tryon Street, 27th Floor, Charlotte, NC 28282-1915 |
| 15606418 | + | Wells Fargo Bank, National Association, ATTN: Bankruptcy, 27th Floor, 301 S. Tryon Street, Charlotte, NC 28282-1915 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: mjanjanin@quinnfirm.com | | |
| | | | Jun 03 2023 00:03:00 | Michael S. Jan Janin, Quinn Buseck Leemhuis Toohey & Kroto Inc, 2222 West Grandview Boulevard, Erie, PA 16506-4508 |
| tr | + | Email/Text: bnc@chapter13trusteewdpa.com | | |
| | | | Jun 03 2023 00:03:00 | Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219-2702 |
| smg | | EDI: PENNDEPTREV | | |
| | | | Jun 03 2023 04:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jun 03 2023 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | | |
| | | | Jun 03 2023 04:01:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| | | | |
|---|---|---|---|
| | | Jun 03 2023 00:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | | |
| | | Jun 03 2023 00:03:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| 15602423 | + EDI: PHINAMERI.COM | | |
| | | Jun 03 2023 04:01:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 15606360 | + EDI: CITICORP.COM | | |
| | | Jun 03 2023 04:01:00 | Best Buy/CBNA, ATTN: Bankruptcy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15606364 | Email/Text: customercareus@creditcorpsolutionsinc.com | | |
| | | Jun 03 2023 00:03:00 | Credit Corp Solutions, ATTN: Bankruptcy, 121 West Election Road, Suite #20, Draper, UT 84020 |
| 15606361 | + EDI: RMSC.COM | | |
| | | Jun 03 2023 04:01:00 | Care Credit/Synchrony, ATTN: Bankruptcy, PO Box 960061, Orlando, FL 32896-0061 |
| 15606362 | + EDI: RMSC.COM | | |
| | | Jun 03 2023 04:01:00 | Care Credit/Vets, ATTN: Bankruptcy, PO Box 965036, Orlando, FL 32896-5036 |
| 15600394 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Jun 03 2023 00:03:00 | FNB, ATTN: Legal Dept., 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15600393 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | | |
| | | Jun 03 2023 00:03:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15606371 | EDI: AMINFOFP.COM | | |
| | | Jun 03 2023 04:01:00 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 15606372 | EDI: AMINFOFP.COM | | |
| | | Jun 03 2023 04:01:00 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 15606373 | EDI: AMINFOFP.COM | | |
| | | Jun 03 2023 04:01:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15606374 | + EDI: AMINFOFP.COM | | |
| | | Jun 03 2023 04:01:00 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15606377 | + EDI: PHINAMERI.COM | | |
| | | Jun 03 2023 04:01:00 | GM Financial, ATTN: Bankruptcy, PO Box 181145, Arlington, TX 76096-1145 |
| 15600395 | + EDI: PHINAMERI.COM | | |
| | | Jun 03 2023 04:01:00 | GM Financial, ATTN: Bankruptcy, 801 Cherry Street, Suite #3600, Fort Worth, TX 76102-6855 |
| 15606380 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jun 03 2023 00:03:00 | Kohl's/Capone, ATTN: Bankruptcy, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 15606381 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jun 03 2023 00:03:00 | Kohl's/Capone, ATTN: Bankruptcy, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15604937 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 03 2023 00:12:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15600399 | Email/Text: camanagement@mtb.com | | |
| | | Jun 03 2023 00:03:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15605912 | Email/Text: camanagement@mtb.com | | |
| | | Jun 03 2023 00:03:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15600397 | Email/Text: camanagement@mtb.com | | |
| | | Jun 03 2023 00:03:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 15600398 | Email/Text: camanagement@mtb.com | | |
| | | Jun 03 2023 00:03:00 | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15606386 | + Email/Text: camanagement@mtb.com | | |
| | | Jun 03 2023 00:03:00 | M&T Bank, ATTN: Bankruptcy, 3 Fountain Plaza, Buffalo, NY 14203-1421 |
| 15606395 | Email/Text: EBN@Mohela.com | | |
| | | Jun 03 2023 00:03:00 | MOHELA/Dept of Education, ATTN: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15606389 | + Email/Text: bankruptcydpt@mcmcg.com | | |

| | | | |
|---|---|---|---|
| | | Jun 03 2023 00:03:00 | Midland Credit Management Inc., ATTN: Bankruptcy, PO Box 2011, Warren, MI 48090-2011 |
| 15606390 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 03 2023 00:03:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 15606391 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 03 2023 00:03:00 | Midland Credit Mgmt Inc, ATTN: Bankruptcy, 1 International Plaza, 5th, Philadelphia, PA 19113-1510 |
| 15606392 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 03 2023 00:03:00 | Midland Funding LLC, 320 East Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 15606393 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 03 2023 00:03:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, SanDiego, CA 92108-2710 |
| 15606394 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 03 2023 00:03:00 | Midland Funding LLC, ATTN: Bankruptcy Dept., 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15606396 | ^ MEBN | | |
| | | Jun 03 2023 00:01:06 | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15606398 | + EDI: AGFINANCE.COM | | |
| | | Jun 03 2023 04:01:00 | OneMain, ATTN: Bankruptcy, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 15606399 | + EDI: AGFINANCE.COM | | |
| | | Jun 03 2023 04:01:00 | OneMain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15606400 | + EDI: AGFINANCE.COM | | |
| | | Jun 03 2023 04:01:00 | OneMain, P.O. Box 742536, Cincinnati, OH 45274-2536 |
| 15606401 | + EDI: AGFINANCE.COM | | |
| | | Jun 03 2023 04:01:00 | OneMain fka Citifinancial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15606403 | EDI: PRA.COM | | |
| | | Jun 03 2023 04:01:00 | Portfolio Recovery Associates LLC, ATTN: Bankruptcy Dept, P.O. Box 41067, Norfolk, VA 23541 |
| 15606407 | + EDI: PRA.COM | | |
| | | Jun 03 2023 04:01:00 | PRA Receivables Management, LLC, ATTN: Bankruptcy, 130 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 15606404 | + EDI: PRA.COM | | |
| | | Jun 03 2023 04:01:00 | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 15606405 | + EDI: PRA.COM | | |
| | | Jun 03 2023 04:01:00 | Portfolio Recovery Associates, Inc., ATTN: Bankruptcy Dept, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 15606406 | + EDI: PRA.COM | | |
| | | Jun 03 2023 04:01:00 | Portfolio Recovery Associates, Inc., ATTN: Bankruptcy, 150 Corporate Blvd., Norfolk, VA 23502-4952 |
| 15606411 | + EDI: RMSC.COM | | |
| | | Jun 03 2023 04:01:00 | Synchrony Bank, ATTENTION: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15606410 | + EDI: RMSC.COM | | |
| | | Jun 03 2023 04:01:00 | Synchrony Bank, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 15606412 | + EDI: MAXMSAIDV | | |
| | | Jun 03 2023 04:01:00 | US Dept of Education/Advantage, ATTN: Bankruptcy, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 15606413 | Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jun 03 2023 00:03:00 | US Dept. of Education, P.O. Box 7860, Madison, WI 53707-7860 |
| 15606416 | + EDI: WFFC2 | | |
| | | Jun 03 2023 04:01:00 | Wells Fargo Bank N.A., ATTN: Bankruptcy, 1 Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 50

District/off: 0315-1                              User: auto                                          Page 4 of 5
Date Rcvd: Jun 02, 2023                       Form ID: 309iPGH                              Total Noticed: 68

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T BANK |
| 15606359 | | 23-10255 |
| 15606363 | | Carlos Smith |
| cr | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 15604748 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 15606365 | *+ | Donna M. Donaher, Esquire, 1 PPG Place, #1500, Pittsburgh, PA 15222-5416 |
| 15606366 | *+ | Donna M. Donaher, Esquire, c/o First National Bank Legal Dept., 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5708 |
| 15606367 | *+ | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Room 110, Erie, PA 16501-1029 |
| 15606368 | *+ | Erie Water Works, Collection Dept., 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15606369 | *+ | Erie Water Works, ATTN: Bankruptcy, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15606375 | *+ | FNB, ATTN: Legal Dept., 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15606370 | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15606376 | *+ | GM Financial, ATTN: Bankruptcy, 801 Cherry Street, Suite #3600, Fort Worth, TX 76102-6855 |
| 15606385 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15606383 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 15606384 | * | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15606382 | * | M&T Bank, ATTN: Bankruptcy, 1 M&T Plaza, 4th Floor, Buffalo, NY 14203 |
| 15606387 | * | M&T Bank Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15606402 | *+ | Pembroke Lake Apartments, ATTN: Bankruptcy, 700 Moraine Court, Virginia Beach, VA 23455-6360 |

TOTAL: 3 Undeliverable, 16 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Acacia Tate Chrispen mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael S. Jan Janin | on behalf of Debtor Donald Kenneth Chrispen  II mjanjanin@quinnfirm.com, slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1                              User: auto                                    Page 5 of 5
Date Rcvd: Jun 02, 2023                       Form ID: 309iPGH                          Total Noticed: 68
TOTAL: 5