FILED
7/14/23 9:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| **Donald Kenneth Chrispen II** ) | Case No. 23-10255-GLT |
| **Acacia Tate Chrispen** ) | |
| ) | **Chapter 13** |
| Debtor(s). ) | Related to Doc. No. 18 |
| _____ X | |

## ORDER OF COURT
**(Check Boxes That Apply)**

☐ **Confirming Plan on Final Basis**    ☒ **Chapter 13 Plan dated:** 6/1/23

☒ **Authorizing Distributions Under Plan On Interim Basis Solely as Adequate Protection**    ☐ **Amended Chapter 13 dated:** _____

IT IS HEREBY ORDERED that the Chapter 13 Plan Payment is $1,470.08 effective 6/1/23.

IT IS HEREBY ORDERED that pursuant to the plan identified above (the "<u>Plan</u>"), as the same may be modified by this Order, the Chapter 13 Trustee is authorized to make distributions to creditors holding allowed claims from available funds on hand. Such distributions shall commence no earlier than the Chapter 13 Trustee's next available distribution date after the first day of the month following the date on which this Order is entered on the Court's docket.

IT IS FURTHER ORDERED that those terms of the Plan which are not expressly modified by this Order shall remain in full force and effect. To the extent any terms and conditions of the Plan are in conflict with this Order, the terms of this Order shall supersede and replace any conflicting terms and conditions of the Plan.

1.    <u>**Unique Provisions Applicable Only to This Case**</u>: *Only those provisions which are checked below apply to this case:*

☒    A.    For the remainder of the Plan term, the periodic monthly Plan payment is amended to be $1,481 beginning 7/23. To the extent there is no wage attachment in place or if an existing wage attachment is insufficient to fund the Plan payments, counsel to the Debtor(s) shall within seven (7) days hereof file a wage attachment motion (or motions) to fully fund the Plan payments, or shall sign up for and commence payments under the Trustee's TFS online payment program.

☐    B. The length of the Plan is changed to a total of at least ____months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved.

☒    C. To the extent this Order is entered as a form of adequate protection, the Trustee is authorized to distribute to secured and priority creditors with percentage fees payable to the Chapter 13 Trustee on receipt as provided for in 28 U.S.C. §586. *Continued conciliation conferences before the Trustee or contested hearings before the Court shall proceed on such dates and times as appear on the case docket.* The Trustee is deemed to have a continuous objection to the Plan until such time the Plan is confirmed on a final basis.

**PARTIES ARE REMINDED OF THEIR DUTY TO MONITOR THE COURT'S DOCKET AND ATTEND DULY SCHEDULED HEARINGS. THE PARTIES ARE FURTHER REMINDED OF THEIR DUTY TO MEET AND CONFER AND OTHERWISE ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS WITH RESPECT TO ANY OBJECTION TO PLAN CONFIRMATION. FAILURE TO COMPLY WITH THESE DUTIES MAY RESULT IN THE IMPOSITION OF SANCTIONS AGAINST THE OFFENDING PARTY.**

☐    D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐    E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐    F. The following utility creditor _____ shall be paid monthly payments of $_____ beginning with the Trustee's next distribution and continuing for the duration of the Plan's term, to be applied by that creditor to its administrative claim, ongoing budget payments and/or security deposit. These payments shall be at the third distribution level.

☐    G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:

_____

☒      H.  The secured claims of the following creditors shall govern as to claim amount, to be paid at the modified plan interest rate in a monthly amount to be determined by Trustee to pay the claim in full during the Plan term:
- First National Bank of PA CL#4

☐      I.  The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at the indicated interest rate in a monthly amount to be determined by Trustee to pay in full during the Plan term:
_____

☐      J.  The secured claim(s) of the following creditor(s) shall govern, following all allowed post-petition payment change notices filed of record:
_____

☒      K.  Additional Terms and Conditions:
- *All plan payments must be by TFS, WA, or (where eligible) ACH. Trustee reserves the right to reject money orders or cashier's checks, provided further that if she, in her discretion, presents such items for payments she may keep the funds on hold for more than 30 days before distributing on such types of payments. Debtors making payments by money order or cashier's check assume the risk that distributions under the plan will be delayed because of the failure to pay by one of the approved methods.*

**2. Deadlines.** The following deadlines are hereby established and apply to this case:

    **A.**    **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates a sale or sales of assets or the recovery of litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

    **B.**    **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor(s) (or Debtor(s)' attorney, if represented), shall review the proofs of claim filed in this case and shall file objections (1) to any disputed timely filed claims within ninety (90) days after the claims bar date, or (2) to any disputed late filed or amended claims within ninety (90) days after the amended and/or late claims are filed and served. Absent a timely objection or further order of the Court, the timely filed proof of claim will govern as to the classification and amount of the claim; provided however, no creditor shall receive a distribution in this case until such time as the relevant allowed claim is provided for in the Plan or any subsequent amended plan.

    **C.**    **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, and all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

  **D.** **Filing Amended Plans or Other Stipulation.** Within fourteen (14) days after the Bankruptcy Court resolves the priority of a claim, avoidability of a lien or interest, or extent of a lien, or any objection to claim, the Debtor(s) shall file an Amended Plan or Stipulated Order Modifying Plan to provide for the allowed amount of the lien or claim if the allowed amount and/or treatment differs from the amount and/or treatment stated in the Plan. The Debtor(s) or Counsel for Debtor(s) should inquire with the Chapter 13 Trustee regarding whether an Amended Plan or proposed Stipulated Order Modifying Plan is the preferred course of action. In addition, if after the conclusion of the claims bar date and any associated litigation, the Plan is underfunded, Debtor(s) shall also file (1) an amended Plan increasing the monthly Plan payment, and (2) a revised wage attachment to provide for the increased funding.

  **3.** **Additional Provisions.**  The following additional provisions apply in this case:

  **A.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

  **B.** The Trustee shall hold in reserve any distributions under the Plan to any creditor who holds a claim that is provided for in the Plan but which is subject to a duly filed claims objection. Upon entry of further order of the Court, or ultimate allowance of the disputed claim provided for in the Plan, the Trustee may release the reserve and make distribution to the affected creditor. Unless otherwise permitted by separate Order of Court, Trustee shall not commence distributions to unsecured creditors until after the later of the government bar date and a filed notice of an intention to pay claims (the later date being the "Earliest Unsecured Distribution Date"). Trustee may, but has no obligation to, further defer distributions to unsecured creditors until a later date after the Earliest Unsecured Distribution Date.

  **C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty-one (21) days prior to the change taking effect.

  **D.** Debtor(s)' counsel must file a fee application in accordance with *W.PA.LBR 2016-1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

  **E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default.

  **F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any allowed *secured claim* (that is secured by the property subject to the relief from stay order), unless otherwise directed by further Order of Court.

  **G.** The Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and/or contract.

   **H.** The Debtor(s) shall pay timely all post-confirmation tax liabilities directly to the appropriate taxing authorities as they become due.

Dated:   July 14, 2023            _____
                         Hon. Gregory A. Taddonio
                         Chief Judge, U.S. Bankruptcy Court

cc: All Parties in Interest to be served by Clerk

-5-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10255-GLT |
| Donald Kenneth Chrispen, II | Chapter 13 |
| Acacia Tate Chrispen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 14, 2023 | Form ID: pdf900 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald Kenneth Chrispen, II, Acacia Tate Chrispen, 1051 Newton Avenue, Erie, PA 16511-2725 |
| 15600388 | + | Donna M. Donaher, Esquire, 1 PPG Place, #1500, Pittsburgh, PA 15222-5416 |
| 15600389 | + | Donna M. Donaher, Esquire, c/o First National Bank Legal Dept., 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5708 |
| 15600390 | + | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Room 110, Erie, PA 16501-1029 |
| 15600391 | + | Erie Water Works, Collection Dept., 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15600392 | + | Erie Water Works, ATTN: Bankruptcy, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15606378 | + | GM Financial dba ACAR Leasing Ltd., ATTN: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 15606379 | + | Howard Hanna Mtg Services, ATTN: Bankruptcy, 119 Gamma Drive, Pittsburgh, PA 15238-2902 |
| 15600396 | | M&T Bank, ATTN: Bankruptcy, 1 M&T Plaza, 4th Floor, Buffalo, NY 14203 |
| 15600400 | | M&T Bank Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15606388 | + | MERS, 1901 Vorhees Street, Suite C, Danville, IL 61834-4512 |
| 15606397 | | Mortgage Eletronic Services, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15600401 | + | Pembroke Lake Apartments, ATTN: Bankruptcy, 700 Moraine Court, Virginia Beach, VA 23455-6360 |
| 15606408 | + | St. Vincent Health Center, ATTN: Emily McNaughton, 4 Allegheny Center, Pittsburgh, PA 15212-5255 |
| 15606409 | + | St. Vincent Hospital, ATTN: Bankruptcy Dept., 232 West 25th Street, Erie, PA 16544-0001 |
| 15606414 | | Vive Financial, ATTN: Bankruptcy, 380West Dada Drive, Suite #200, Draper, UT 84020 |
| 15606415 | | Wells Fargo Bank, PO Box 1629, Saint Paul, MN 55121 |
| 15606417 | + | Wells Fargo Bank, National Association, 301 S. Tryon Street, 27th Floor, Charlotte, NC 28282-1915 |
| 15606418 | + | Wells Fargo Bank, National Association, ATTN: Bankruptcy, 27th Floor, 301 S. Tryon Street, Charlotte, NC 28282-1915 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15602423 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 15 2023 00:33:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 15606360 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 15 2023 01:34:47 | Best Buy/CBNA, ATTN: Bankruptcy, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 15606364 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Jul 15 2023 00:32:00 | Credit Corp Solutions, ATTN: Bankruptcy, 121 West Election Road, Suite #20, Draper, UT 84020 |
| 15606361 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2023 01:34:48 | Care Credit/Synchrony, ATTN: Bankruptcy, PO Box 960061, Orlando, FL 32896-0061 |
| 15606362 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2023 00:27:24 | Care Credit/Vets, ATTN: Bankruptcy, PO Box 965036, Orlando, FL 32896-5036 |
| 15600394 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 15 2023 00:32:00 | FNB, ATTN: Legal Dept., 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15600393 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jul 15 2023 00:32:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |

Case 23-10255-GLT   Doc 34   Filed 07/16/23   Entered 07/17/23 00:26:06   Desc Imaged
Certificate of Notice   Page 7 of 9

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: pdf900 | Total Noticed: 64 |

| Recipient | | Method | Date/Time | Address |
|---|---|---|---|---|
| 15606371 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 15 2023 00:40:09 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 15606372 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 15 2023 00:28:47 | First Premier Bank, P.O. Box 5529, Sioux Falls, SD 57117-5529 |
| 15606373 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 15 2023 00:28:47 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 15606374 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 15 2023 00:27:47 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 15606377 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 15 2023 00:33:00 | GM Financial, ATTN: Bankruptcy, PO Box 181145, Arlington, TX 76096-1145 |
| 15600395 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 15 2023 00:33:00 | GM Financial, ATTN: Bankruptcy, 801 Cherry Street, Suite #3600, Fort Worth, TX 76102-6855 |
| 15606380 | | Email/Text: PBNCNotifications@peritusservices.com | Jul 15 2023 00:32:00 | Kohl's/Capone, ATTN: Bankruptcy, N56 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 15606381 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 15 2023 00:32:00 | Kohl's/Capone, ATTN: Bankruptcy, PO Box 3115, Milwaukee, WI 53201-3115 |
| 15604937 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2023 00:39:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15600399 | | Email/Text: camanagement@mtb.com | Jul 15 2023 00:33:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15605912 | | Email/Text: camanagement@mtb.com | Jul 15 2023 00:33:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 15600397 | | Email/Text: camanagement@mtb.com | Jul 15 2023 00:33:00 | M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 15600398 | | Email/Text: camanagement@mtb.com | Jul 15 2023 00:33:00 | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15606386 | + | Email/Text: camanagement@mtb.com | Jul 15 2023 00:33:00 | M&T Bank, ATTN: Bankruptcy, 3 Fountain Plaza, Buffalo, NY 14203-1421 |
| 15606395 | | Email/Text: EBN@Mohela.com | Jul 15 2023 00:32:00 | MOHELA/Dept of Education, ATTN: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 15606389 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2023 00:33:00 | Midland Credit Management Inc., ATTN: Bankruptcy, PO Box 2011, Warren, MI 48090-2011 |
| 15618120 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2023 00:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15606390 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2023 00:33:00 | Midland Credit Management, Inc., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 15606391 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2023 00:33:00 | Midland Credit Mgmt Inc, ATTN: Bankruptcy, 1 International Plaza, 5th, Philadelphia, PA 19113-1510 |
| 15606392 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2023 00:33:00 | Midland Funding LLC, 320 East Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 15606393 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2023 00:33:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, SanDiego, CA 92108-2710 |
| 15606394 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 15 2023 00:33:00 | Midland Funding LLC, ATTN: Bankruptcy Dept., 350 Camino De La Reina, San Diego, CA 92108-3007 |
| 15606396 | ^ | MEBN | Jul 15 2023 00:21:34 | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15606398 | + | Email/PDF: cbp@omf.com | Jul 15 2023 00:27:25 | OneMain, ATTN: Bankruptcy, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 15606399 | + | Email/PDF: cbp@omf.com | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | Jul 15 2023 00:39:42 | OneMain, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15606400 | + | Email/PDF: cbp@omf.com |  |  |
|  |  |  | Jul 15 2023 01:45:13 | OneMain, P.O. Box 742536, Cincinnati, OH 45274-2536 |
| 15613856 | + | Email/PDF: cbp@omf.com |  |  |
|  |  |  | Jul 15 2023 00:39:13 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15606401 | + | Email/PDF: cbp@omf.com |  |  |
|  |  |  | Jul 15 2023 00:27:48 | OneMain fka Citifinancial, P.O. Box 1010, Evansville, IN 47706-1010 |
| 15606403 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  |  | Jul 15 2023 00:39:34 | Portfolio Recovery Associates LLC, ATTN: Bankruptcy Dept, P.O. Box 41067, Norfolk, VA 23541 |
| 15606407 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  |  | Jul 15 2023 00:28:47 | PRA Receivables Management, LLC, ATTN: Bankruptcy, 130 Corporate Boulevard, Norfolk, VA 23502-4952 |
| 15606404 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  |  | Jul 15 2023 00:39:36 | Portfolio Recovery Associates, Inc., Riverside Commerce Center, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 15606405 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  |  | Jul 15 2023 00:39:33 | Portfolio Recovery Associates, Inc., ATTN: Bankruptcy Dept, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 15606406 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com |  |  |
|  |  |  | Jul 15 2023 00:39:09 | Portfolio Recovery Associates, Inc., ATTN: Bankruptcy, 150 Corporate Blvd., Norfolk, VA 23502-4952 |
| 15606411 | + | Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  |  | Jul 15 2023 00:28:42 | Synchrony Bank, ATTENTION: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 15606410 | + | Email/PDF: gecsedi@recoverycorp.com |  |  |
|  |  |  | Jul 15 2023 01:45:13 | Synchrony Bank, ATTENTION: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 15606412 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com |  |  |
|  |  |  | Jul 15 2023 00:39:09 | US Dept of Education/Advantage, ATTN: Bankruptcy, 1891 Metro Center Drive, Reston, VA 20190-5287 |
| 15606413 |  | Email/Text: electronicbkydocs@nelnet.net |  |  |
|  |  |  | Jul 15 2023 00:33:00 | US Dept. of Education, P.O. Box 7860, Madison, WI 53707-7860 |
| 15606416 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com |  |  |
|  |  |  | Jul 15 2023 00:28:43 | Wells Fargo Bank N.A., ATTN: Bankrutpcy, 1 Home Campus, Des Moines, IA 50328-0001 |

TOTAL: 45

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | M&T BANK |
| 15606359 |  | 23-10255 |
| 15606363 |  | Carlos Smith |
| cr | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15604748 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 15606365 | *+ | Donna M. Donaher, Esquire, 1 PPG Place, #1500, Pittsburgh, PA 15222-5416 |
| 15606366 | *+ | Donna M. Donaher, Esquire, c/o First National Bank Legal Dept., 100 Federal Street, 4th Floor, Pittsburgh, PA 15212-5708 |
| 15606367 | *+ | Erie County Tax Claim Bureau, Erie County Courthouse, 140 West Sixth Street, Room 110, Erie, PA 16501-1029 |
| 15606368 | *+ | Erie Water Works, Collection Dept., 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15606369 | *+ | Erie Water Works, ATTN: Bankruptcy, 340 West Bayfront Parkway, Erie, PA 16507-2004 |
| 15606375 | *+ | FNB, ATTN: Legal Dept., 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15606370 | *+ | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 15606376 | *+ | GM Financial, ATTN: Bankruptcy, 801 Cherry Street, Suite #3600, Fort Worth, TX 76102-6855 |
| 15606385 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: pdf900 | Total Noticed: 64 |

| | | |
|---|---|---|
| 15606383 | *P++ | M&T BANK, LEGAL DOCUMENT PROCESSING, 626 COMMERCE DRIVE, AMHERST NY 14228-2307, address filed with court:, M&T Bank, P.O. Box 900, Millsboro, DE 19966 |
| 15606384 | * | M&T Bank, P.O. Box 619063, Dallas, TX 75261-9063 |
| 15606382 | * | M&T Bank, ATTN: Bankruptcy, 1 M&T Plaza, 4th Floor, Buffalo, NY 14203 |
| 15606387 | * | M&T Bank Lending Services, Customer Support, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 15606402 | *+ | Pembroke Lake Apartments, ATTN: Bankruptcy, 700 Moraine Court, Virginia Beach, VA 23455-6360 |

TOTAL: 3 Undeliverable, 17 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023                Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Acacia Tate Chrispen mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael S. Jan Janin | on behalf of Debtor Donald Kenneth Chrispen II mjanjanin@quinnfirm.com, slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5