IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND ACACIA TATE CHRISPEN, | : : | HONORABLE JOHN C. MELARAGNO |
| Debtors | : | CHAPTER 13 |
| | : | |
| M&T BANK, | : | RELATED TO CLAIM NO. 3 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD KENNETH CHRISPEN, II AND ACACIA TATE CHRISPEN; and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : : : : | |
| Respondents. | : | |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE FILED IN COMPLIANCE WITH THE LOCAL RULES

I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

        Respectfully submitted,

        THE QUINN LAW FIRM

BY:   /s/ Michael S. Jan Janin
       Michael S. Jan Janin, Esquire
       PA Id. No. 38880
       2222 West Grandview Boulevard
       Erie, Pennsylvania 16506-4508
       Telephone: 814-833-2222, Extension 1045
       Facsimile: 814-833-6753
       E-Mail: mjanjanin@quinnfirm.com
       Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND ACACIA TATE CHRISPEN, | : : | HONORABLE JOHN C. MELARAGNO |
| Debtors | : | CHAPTER 13 |
| | : | |
| M&T BANK, | : | RELATED TO CLAIM NO. 3 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD KENNETH CHRISPEN, II AND ACACIA TATE CHRISPEN; and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : : : : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 2, 2023.

The type of service made on the parties was *Electronic Notification via the CM/ECF System.*

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
- Brian Nicholas on behalf of Creditor M&T BANK at bnicholas@kmllawgroup.com

Dated:  November 2, 2023

        Respectfully submitted,

        THE QUINN LAW FIRM

BY: /s/ Michael S. Jan Janin
     Michael S. Jan Janin, Esquire
     PA Id. No. 38880
     2222 West Grandview Boulevard
     Erie, Pennsylvania  16506-4508
     Telephone: 814-833-2222, Ext. 1045
     Facsimile: 814-833-6753

                                              E-Mail: mjanjanin@quinnfirm.com
                                              Counsel for Debtors

1639656