IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | HONORABLE JOHN C. MELARAGNO |
| ACACIA TATE CHRISPEN, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | DATE AND TIME OF HEARING: |
| ACACIA TATE CHRISPEN, | : | JANUARY 23, 2024 AT 1:30 PM |
| Movants | : | |
| | : | RESPONSES DUE: |
| v. | : | DECEMBER 27, 2023 |
| | : | |
| NO RESPONDENT | : | |

**NOTICE OF ZOOM HEARING WITH RESPONSE DEADLINE
REGARDING DEBTORS' MOTION FOR POST-PETITION FINANCING**

TO THE RESPONDENT(S):

**You are hereby notified that the above Movant seeks an order affecting your rights or property. You should take this Notice and the Motion to a lawyer at once.**

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion **by no later than December 27, 2023** (*i.e.*, seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

A **hearing will be held on January 23, 2024 at 1:30pm before Judge John C. Melaragno in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA  16501**. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date:  December 7, 2023

Respectfully Submitted,
THE QUINN LAW FIRM

BY:   /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Phone:  (814) 833-2222, Ext. 1045
Facsimile: 814-833-6753
mjanjanin@quinnfirm.com
Attorneys for Debtors, Donald Kenneth
Chrispen and Acacia Tate Chrispen