IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| Donald Kenneth Chrispen, II | : | Case No. 23-10255-JCM |
| Acacia Tate Chrispen | : | Chapter 13 |
|     Debtor(s) | : | |
| Donald Kenneth Chrispen, II | : | |
| Acacia Tate Chrispen | : | Related to Document #53 |
|     Movant(s) | : | |
| | : | Hearing Date: 1/23/24 at 1:30 p.m. |
| vs. | : | |
| No Respondent | : | |
| | : | |
|     Respondent(s) | : | |

TRUSTEE'S RESPONSE TO DEBTORS' MOTION
FOR POST-PETITION VEHICLE FINANCING

1. The Debtors request approval for post-petition financing to purchase a new vehicle for an amount not to exceed $21,000.00 and bi-weekly payments not to exceed $240.02.

2. The Trustee does not object to Debtors' Motion. However, the Trustee only makes payments to creditors monthly. Therefore, the Trustee requests that the Order be amended to reflect monthly payments not to exceed $480.04 to the applicable creditor.

WHEREFORE, the Trustee so reports to the Court.

RONDA J. WINNECOUR,
CHAPTER 13 TRUSTEE

Date: December 15, 2023

By: /s/ Kate DeSimone
Kate DeSimone, PA I.D. 42575
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: kdesimone@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Donald Kenneth Chrispen, II | : | Case No. 23-10255-JCM |
| Acacia Tate Chrispen | : | Chapter 13 |
| Debtor(s) | : | |
| Donald Kenneth Chrispen, II | : | |
| Acacia Tate Chrispen | : | Related to Document #53 |
| Movant(s) | : | |
| | : | Hearing Date: 1/23/24 at 1:30 p.m. |
| vs. | : | |
| No Respondent | : | |
| | : | |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th of December 2023, I served one true and correct copy of the foregoing document on the following parties in interest by United States first-class mail, postage prepaid, addressed as follows:

Marta E. Villacorta, Esquire
Assistant U.S. Trustee
1001 Liberty Avenue, Suite 970
Pittsburgh, PA  15222

Donald Kenneth Chrispen, II
Acacia Tate Chrispen
1051 Newton Avenue
Erie, PA  16511

Michael S. Jan Janin, Esquire
2222 W. Grandview Blvd.
Erie, PA  16506

Brian Nicholas, Esquire
KML Law Group PC
701 Market Street, Suite 5000
Philadelphia, PA  19106

/s/Rosa M. Richard
Office of Chapter 13 Trustee
US Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com