IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II | : | HONORABLE JOHN C. MELARAGNO |
| AND ACACIA TATE CHRISPEN, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| DONALD KENNETH CHRISPEN, II | : | DATE AND TIME OF HEARING: |
| AND ACACIA TATE CHRISPEN, | : | JANUARY 23, 2024 AT 1:30 PM |
| Movants | : | |
| | : | RESPONSES DUE: |
| v. | : | DECEMBER 27, 2023 |
| | : | |
| NO RESPONDENT | : | |

### CERTIFICATION OF NO OBJECTION REGARDING
### DEBTORS' MOTION FOR POST-PETITION FINANCING
### (Document #53)

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion for Post-Petition Financing filed December 7, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections to the Motion were to be filed and served no later than December 27, 2023.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Date: December 28, 2023

Respectfully Submitted,
THE QUINN LAW FIRM

BY: /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Phone: (814) 833-2222, Ext. 1045
Facsimile: 814-833-6753
mjanjanin@quinnfirm.com
Attorneys for Debtors, Donald Kenneth
Chrispen and Acacia Tate Chrispen