IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | HONORABLE JOHN C. MELARAGNO |
| ACACIA TATE CHRISPEN, | : | |
|     Debtors | : | CHAPTER 13 |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | RELATED TO DOCUMENT #53 |
| ACACIA TATE CHRISPEN, | : | |
|     Movants | : | |
| | : | |
|                v. | : | |
| | : | |
| NO RESPONDENT | : | |

## CONSENT ORDER

This matter comes before the Court upon the Motion of the Debtors for Post-petition Financing [Dkt. #53] ("Motion") filed by Debtors on December 7, 2023. A Certificate of No Objection ("CNO") was filed on December 28, 2023. Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

    1.    The *Motion* [Dkt. #53] is **GRANTED** as provided by the terms of this *Order*. Debtors are authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    (a)    the total amount of financing **shall not exceed $21,000.00**; and

    (b)    the monthly payments made under the financing agreement **shall not exceed $500.00**.

    2.    To the extent that Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

    (a)    an amended chapter 13 plan; and

    (b)    a report of financing [INCLUDING DETAILS OF AUTOMOBILE TRADE-IN OR SALE, IF APPLICABLE]

    3.    To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments

1647986

due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4. Pending confirmation of any amended plan providing for the new post-petition loan payments, the Trustee is authorized to make monthly adequate protection payments to Drive Time Cleveland for the contract amount so long as sufficient supplemental funds are provided by Debtors.

5. Notwithstanding the inclusion of the post-petition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of Drive Time Cleveland.

6. Debtors shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

7. The hearing which had been scheduled for February 23, 2024 at 1:30 pm is CANCELLED.

      Honorable John C. Melaragno
      United States Bankruptcy Judge

**CONSENTED BY:**

QUINN LAW FIRM

By      /s/ Michael S. Jan Janin
      Michael S. Jan Janin
      PA. I.D. No. 38880
      2222 West Grandview Boulevard
      Erie, PA 16506-4508
      Phone:  (814) 833-2222, Ext. 1045
      Fax:  (814) 833-6753
      Email:  mjanjanin@quinnfirm.com
      Attorney for Debtors, Donald Kenneth Chrispen and Acacia Tate Chrispen


OFFICE OF THE CHAPTER 13 TRUSTEE

By      /s/ Kate DeSimone
      Kate DeSimone, Esquire
      US Steel Tower, Suite 3250
      600 Grant Street
      Pittsburgh, PA 15219
      Phone:  (412)471-5566
      Fax: (412)471-5470
      Email: kdesimone@chapter13trusteewdpa.com

1647986