IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | HONORABLE JOHN C. MELARAGNO |
| ACACIA TATE CHRISPEN, | : | |
|    Debtors | : | CHAPTER 13 |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | RELATED TO DOCUMENT #53 |
| ACACIA TATE CHRISPEN, | : | |
|    Movants | : | |
| | : | |
|        v. | : | |
| | : | |
| NO RESPONDENT | : | |

**CONSENT ORDER**

This matter comes before the Court upon the Motion of the Debtors for Post-petition Financing [Dkt. #53] ("Motion") filed by Debtors on December 7, 2023. A Certificate of No Objection ("CNO") was filed on December 28, 2023. Based upon the foregoing, and for good cause shown, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The *Motion* [Dkt. #53] is **GRANTED** as provided by the terms of this *Order*. Debtors are authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    (a) the total amount of financing **shall not exceed $21,000.00**; and

    (b) the monthly payments made under the financing agreement **shall not exceed $500.00**.

2. To the extent that Debtors secure financing for the purchase of a new vehicle, such payments **shall be made through the chapter 13 plan**. Within **30 DAYS** of securing such financing, Debtors shall file:

    (a) an amended chapter 13 plan; and

    (b) a report of financing [INCLUDING DETAILS OF AUTOMOBILE TRADE-IN OR SALE, IF APPLICABLE]

3. To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the chapter 13 trustee **within 7 days** of filing the report of financing (and each month thereafter as necessary) in an amount sufficient for the trustee to cover the installments

due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

      4. Pending confirmation of any amended plan providing for the new post-petition loan payments, the Trustee is authorized to make monthly adequate protection payments to Drive Time Cleveland for the contract amount so long as sufficient supplemental funds are provided by Debtors.

      5. Notwithstanding the inclusion of the post-petition loan within an amended chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of Drive Time Cleveland.

      6. Debtors shall serve copies of this *Order* on all creditors eligible to receive distributions through the chapter 13 plan and file proof of the same with the Court.

      7. The hearing which had been scheduled for January 23, 2024 at 1:30 pm is CANCELLED.

Dated: January 16, 2024

_____
John C. Melaragno, Judge    glb
United States Bankruptcy Court

SIGNED
1/16/24 10:44 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**CONSENTED BY:**

QUINN LAW FIRM

By   /s/ Michael S. Jan Janin_____
      Michael S. Jan Janin
      PA. I.D. No. 38880
      2222 West Grandview Boulevard
      Erie, PA 16506-4508
      Phone: (814) 833-2222, Ext. 1045
      Fax: (814) 833-6753
      Email: mjanjanin@quinnfirm.com
      Attorney for Debtors, Donald Kenneth Chrispen and Acacia Tate Chrispen

OFFICE OF THE CHAPTER 13 TRUSTEE

By   /s/ Kate DeSimone_____
      Kate DeSimone, Esquire
      US Steel Tower, Suite 3250
      600 Grant Street
      Pittsburgh, PA 15219
      Phone: (412)471-5566
      Fax: (412)471-5470
      Email: kdesimone@chapter13trusteewdpa.com

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10255-JCM |
| Donald Kenneth Chrispen, II | Chapter 13 |
| Acacia Tate Chrispen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 16, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald Kenneth Chrispen, II, Acacia Tate Chrispen, 1051 Newton Avenue, Erie, PA 16511-2725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Acacia Tate Chrispen mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael S. Jan Janin | on behalf of Debtor Donald Kenneth Chrispen  II mjanjanin@quinnfirm.com, slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-1      User: auto      Page 2 of 2

Date Rcvd: Jan 16, 2024      Form ID: pdf900      Total Noticed: 1

TOTAL: 5