IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| DONALD KENNETH CHRISPEN, II | ) | Bankruptcy No. 23-10255-JCM |
| ACACIA TATE CHRISPEN, | ) | |
| **Debtor(s)** | ) | Chapter 13 |
| | ) | |
| ACAR LEASING LTD | ) | |
| d/b/a GM FINANCIAL LEASING, | ) | Related To Document No. 71 and 72 |
| **Movant** | ) | |
| | ) | |
| v. | ) | **Response Deadline:  2/23/24** |
| | ) | |
| DONALD KENNETH CHRISPEN, II | ) | **Hearing Date:  3/5/24 at 2:30 PM** |
| ACACIA TATE CHRISPEN, | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| RONDA J. WINNECOUR, | ) | |
| **Trustee** | | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Eisenberg Gold & Agrawal, P.C., 1040 Kings Hwy N. #200, Cherry Hill, NJ 08034, certify that I am more than 18 years of age and that on February 6, 2024, I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

Donald and Acacia Chrispen
1051 Newton Avenue
Erie, PA 16511
(Debtors)

Michael S. Jan Janin, Esq.
Quinn Buseck Leemhuis Toohey & Kroto Inc.
2222 West Grandview Blvd.
Erie, PA 16506-4508
(Attorney For Debtors)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
Bar ID# 92329
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy. N. #200
Cherry Hill, NJ 08034
(856) 330-6200
wcraig@egalawfirm.com