IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | HONORABLE JOHN C. MELARAGNO |
| ACACIA TATE CHRISPEN, | : | |
|     Debtors | : | CHAPTER 13 |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | |
| ACACIA TATE CHRISPEN, | : | |
|     Movants, | : | |
| | : | |
|         v. | : | |
| | : | |
| No Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that I served, or caused to be served, on March 7, 2024, a copy of the Summer Coversheet and Notice of Hearing, Application for Compensation upon each of the following persons and parties in interest as outlined below.

CM/ECF Notification Systems (NO PAPER COPY)
- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour  cmecf@chapter13trusteewdpa.com
- Brian Nicholas on behalf of Creditor M&T BANK at bnicholas@kmllawgroup.com

FIRST CLASS, POSTAGE PRE-PAID MAIL
- Donald Keith Chrispen, II and Acacia Tate Chrispen, 1051 Newton Avenue, Erie, PA 16511

FIRST CLASS, POSTAGE PRE-PAID MAIL
*(Notice of Hearing with Response Deadline and the Summary Cover Sheet only):*
- See the attached Mailing Matrix.

Date: March 7, 2024          Respectfully submitted,
                                         THE QUINN LAW FIRM

                            BY:    /s/ Michael S. Jan Janin
                                         Michael S. Jan Janin, Esquire
                                         PA Id. No. 38880
                                         Counsel for Debtors
                                         2222 West Grandview Boulevard
                                         Erie, Pennsylvania  16506-4508
                                         Telephone: 814-833-2222
                                         mjanjanin@quinnfirm.com

#01655088

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 23-10255-JCM<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Jan 25 13:23:37 EST 2024 | ACAR Leasing Ltd. d/b/a GM Financial Leasing<br>P O Box 183853<br>Arlington, TX 76096-3853 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 | Aidvantage on behalf of<br>Dept of Ed Loan Services<br>PO BOX 300001<br>Greenville TX 75403-3001 | Best Buy/CBNA<br>ATTN: Bankruptcy<br>50 Northwest Point Road<br>Elk Grove Village, IL 60007-1032 |
| Care Credit/Synchrony<br>ATTN: Bankruptcy<br>PO Box 960061<br>Orlando, FL 32896-0061 | Care Credit/Vets<br>ATTN: Bankruptcy<br>PO Box 965036<br>Orlando, FL 32896-5036 | (p)CREDIT CORP SOLUTIONS INC<br>121 W ELECTION RD<br>SANDY UT 84020-7766 |
| Donna M. Donaher, Esquire<br>1 PPG Place<br>#1500<br>Pittsburgh, PA 15222-5416 | Donna M. Donaher, Esquire<br>c/o First National Bank Legal Dept.<br>100 Federal Street, 4th Floor<br>Pittsburgh, PA 15212-5708 | Erie County Tax Claim Bureau<br>Erie County Courthouse<br>140 West Sixth Street<br>Room 110<br>Erie, PA 16501-1029 |
| Erie Water Works<br>ATTN: Bankruptcy<br>340 West Bayfront Parkway<br>Erie, PA 16507-2004 | Erie Water Works<br>Collection Dept.<br>340 West Bayfront Parkway<br>Erie, PA 16507-2004 | FNB<br>ATTN: Legal Dept.<br>3015 Glimcher Blvd.<br>Hermitage, PA 16148-3343 |
| First National Bank of Pennsylvania<br>4140 East State Street<br>Hermitage, PA 16148-3401 | First Premier Bank<br>3820 N. Louise Avenue<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>601 S. Minnesota Avenue<br>Sioux Falls, SD 57104-4868 |
| First Premier Bank<br>P.O. Box 5524<br>Sioux Falls, SD 57117-5524 | First Premier Bank<br>P.O. Box 5529<br>Sioux Falls, SD 57117-5529 | GM Financial<br>ATTN: Bankruptcy<br>801 Cherry Street<br>Suite #3600<br>Fort Worth, TX 76102-6855 |
| GM Financial<br>ATTN: Bankruptcy<br>PO Box 181145<br>Arlington, TX 76096-1145 | GM Financial dba ACAR Leasing Ltd.<br>ATTN: Bankruptcy<br>PO Box 183853<br>Arlington, TX 76096-3853 | Howard Hanna Mtg Services<br>ATTN: Bankruptcy<br>119 Gamma Drive<br>Pittsburgh, PA 15238-2902 |
| Kohl's/Capone<br>ATTN: Bankruptcy<br>N56 Ridgewood Drive<br>Menomonee Falls, WI 53051 | Kohl's/Capone<br>ATTN: Bankruptcy<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | M&T Bank<br>ATTN: Bankruptcy<br>1 M&T Plaza, 4th Floor<br>Buffalo, NY 14203 |
| M&T Bank<br>ATTN: Bankruptcy<br>3 Fountain Plaza<br>Buffalo, NY 14203-1421 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | M&T Bank<br>P.O. Box 619063<br>Dallas, TX 75261-9063 |

M&T Bank Lending Services
Customer Support
P.O. Box 1288
Buffalo, NY 14240-1288

MERS
1901 Vorhees Street, Suite C
Danville, IL 61834-4512

(p)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

Midland Credit Management Inc.
ATTN: Bankruptcy
PO Box 2011
Warren, MI 48090-2011

Midland Credit Management, Inc.
8875 Aero Drive
Suite 200
San Diego, CA 92123-2255

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt Inc
ATTN: Bankruptcy
1 International Plaza, 5th
Philadelphia, PA 19113-1510

Midland Funding LLC
2365 Northside Drive
Suite 300
SanDiego, CA 92108-2710

Midland Funding LLC
320 East Big Beaver Road
Suite 300
Troy, MI 48083-1271

Midland Funding LLC
ATTN: Bankruptcy Dept.
350 Camino De La Reina
San Diego, CA 92108-3007

Mortgage Electronic Registration
Systems, Inc.
P.O. Box 2026
Flint, MI 48501-2026

Mortgage Eletronic Services, Inc.
P.O. Box 2026
Flint, MI 48501-2026

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222-4013

OneMain
ATTN: Bankruptcy
100 International Drive, 15th Floor
Baltimore, MD 21202-4784

OneMain
P.O. Box 1010
Evansville, IN 47706-1010

OneMain
P.O. Box 742536
Cincinnati, OH 45274-2536

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

OneMain fka Citifinancial
P.O. Box 1010
Evansville, IN 47706-1010

PRA Receivables Management, LLC
ATTN: Bankruptcy
130 Corporate Boulevard
Norfolk, VA 23502-4952

Pembroke Lake Apartments
ATTN: Bankruptcy
700 Moraine Court
Virginia Beach, VA 23455-6360

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recovery Associates, Inc.
ATTN: Bankruptcy
150 Corporate Blvd.
Norfolk, VA 23502-4952

Portfolio Recovery Associates, Inc.
ATTN: Bankruptcy Dept
120 Corporate Blvd.
Norfolk, VA 23502-4952

Portfolio Recovery Associates, Inc.
Riverside Commerce Center
120 Corporate Blvd.
Norfolk, VA 23502-4952

St. Vincent Health Center
ATTN: Emily McNaughton
4 Allegheny Center
Pittsburgh, PA 15212-5255

St. Vincent Hospital
ATTN: Bankruptcy Dept.
232 West 25th Street
Erie, PA 16544-0001

Synchrony Bank
ATTENTION: Bankruptcy Dept.
P.O. Box 965060
Orlando, FL 32896-5060

Synchrony Bank
ATTENTION: Bankruptcy Dept.
P.O. Box 965061
Orlando, FL 32896-5061

US Dept of Education/Advantage
ATTN: Bankruptcy
1891 Metro Center Drive
Reston, VA 20190-5287

US Dept. of Education
P.O. Box 7860
Madison, WI 53707-7860

| | | |
|---|---|---|
| Vive Financial<br>ATTN: Bankruptcy<br>380West Dada Drive, Suite #200<br>Draper, UT 84020 | Wells Fargo Bank<br>PO Box 1629<br>Saint Paul, MN 55121 | Wells Fargo Bank N.A.<br>ATTN: Bankrutpcy<br>1 Home Campus<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank, National Association<br>301 S. Tryon Street<br>27th Floor<br>Charlotte, NC 28282-1915 | Wells Fargo Bank, National Association<br>ATTN: Bankruptcy<br>27th Floor<br>301 S. Tryon Street<br>Charlotte, NC 28282-1915 | Acacia Tate Chrispen<br>1051 Newton Avenue<br>Erie, PA 16511-2725 |
| Donald Kenneth Chrispen II<br>1051 Newton Avenue<br>Erie, PA 16511-2725 | Michael S. Jan Janin<br>Quinn Buseck Leemhuis Toohey & Kroto Inc<br>2222 West Grandview Boulevard<br>Erie, PA 16506-4508 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Credit Corp Solutions<br>ATTN: Bankruptcy<br>121 West Election Road, Suite #20<br>Draper, UT 84020 | M&T Bank<br>P.O. Box 1288<br>Buffalo, NY 14240-1288 | (d)M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 |
| (d)M&T Bank<br>P.O. Box 900<br>Millsboro, DE 19966 | MOHELA/Dept of Education<br>ATTN: Bankruptcy<br>633 Spirit Drive<br>Chesterfield, MO 63005 | Portfolio Recovery Associates LLC<br>ATTN: Bankruptcy Dept<br>P.O. Box 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)M&T BANK | (u)23-10255 | (d)ACAR Leasing LTD d/b/a GM Financial Leasin<br>P.O. Box 183853<br>Arlington, TX 76096-3853 |
| (d)ACAR Leasing Ltd. d/b/a GM Financial Leasi<br>P O Box 183853<br>Arlington, TX 76096-3853 | (u)Carlos  Smith | (d)LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

End of Label Matrix
Mailable recipients     68
Bypassed recipients      6
Total                   74