IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | HONORABLE JOHN C. MELARAGNO |
| ACACIA TATE CHRISPEN, | : | |
|     Debtors | : | CHAPTER 13 |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | RELATED TO DOC. #_____ |
| ACACIA TATE CHRISPEN, | : | |
|     Movants, | : | |
| | : | |
|     v. | : | |
| | : | |
| No Respondents. | : | |

**ORDER**

**AND NOW**, this _____ day of **April, 2024,** it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The *Application for Compensation* is **GRANTED** in the amount of $6,000.00 in fees and $500.00 in costs for services performed by Counsel for the Debtor for the period between March 1, 2023 and February 29, 2024.

2. The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1, above, and all other approved applications in this case amounts to $6,000.00 in fees and $500.00 in costs.

3. A total of $1,000.00 in compensation remains due.

4. The total compensation due set forth in Paragraph 3 ("Fees") may only be paid through the Chapter 13 Plan ("Plan") if Payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

5. If the Trustee has funds on hand after the goals of the Plan are achieved or if the Fees are included in the confirmed Plan, the Trustee is authorized to make payment to the Movant of the Fees, otherwise, Debtors must amend the Plan within 14 days from the date of this Order.

_____
Honorable John C. Melaragno
United States Bankruptcy Judge

#1656121