IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND ACACIA TATE CHRISPEN, | : : | HONORABLE JOHN C. MELARAGNO |
| Debtors | : : | CHAPTER 13 |
| MICHAEL S. JAN JANIN, ESQUIRE, AND THE QUINN LAW FIRM, | : : | HEARING DATE April 16, 2024 at 1:30pm |
| Movant, | : : | |
| | : | RESPONSE DATE |
| v. | : : | April 5, 2024 |
| No Respondents. | : : | |

## CERTIFICATE OF NO OBJECTION TO
## COUNSEL FOR DEBTORS' PROFESSIONAL FEE APPLICATION
## (Doc. #87)

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application for Professional fees filed by Michael S. Jan Janin and the Quinn Law Firm on March 7, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than April 5, 2024.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Date of service: April 9, 2024          Respectfully submitted,

                                        THE QUINN LAW FIRM

                            BY:    /s/ Michael S. Jan Janin
                                   Michael S. Jan Janin, Esquire
                                   PA Id. No. 38880
                                   Counsel for Debtors
                                   2222 West Grandview Boulevard
                                   Erie, Pennsylvania  16506-4508
                                   Telephone: 814-833-2222
                                   E-Mail: mjanjanin@quinnfirm.com