IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | HONORABLE JOHN C. MELARAGNO |
| ACACIA TATE CHRISPEN, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | RELATED TO DOC. 87 |
| ACACIA TATE CHRISPEN, | : | |
| Movants, | : | |
| | : | |
| v. | : | |
| | : | |
| No Respondents. | : | |

**ORDER**

**AND NOW**, this 10th day of **April, 2024,** it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The *Application for Compensation* is **GRANTED** in the amount of $6,000.00 in fees and $500.00 in costs for services performed by Counsel for the Debtor for the period between March 1, 2023 and February 29, 2024.

2. The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1, above, and all other approved applications in this case amounts to $6,000.00 in fees and $500.00 in costs.

3. A total of $3,904.49 in compensation remains due.

4. The total compensation due set forth in Paragraph 3 ("Fees") may only be paid through the Chapter 13 Plan ("Plan") if Payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

5. If the Trustee has funds on hand after the goals of the Plan are achieved or if the Fees are included in the confirmed Plan, the Trustee is authorized to make payment to the Movant of the Fees, otherwise, Debtors must amend the Plan within 14 days from the date of this Order.

_____ glb
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
4/10/24 10:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10255-JCM |
| Donald Kenneth Chrispen, II | Chapter 13 |
| Acacia Tate Chrispen | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 10, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Donald Kenneth Chrispen, II, Acacia Tate Chrispen, 1051 Newton Avenue, Erie, PA 16511-2725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2024            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com |
| Michael S. Jan Janin | |
| | on behalf of Joint Debtor Acacia Tate Chrispen mjanjanin@quinnfirm.com slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Michael S. Jan Janin | |
| | on behalf of Debtor Donald Kenneth Chrispen  II mjanjanin@quinnfirm.com, slowe@quinnfirm.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;quinnbankruptcy2022@gmail.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

William E. Craig
                on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing wcraig@egalawfirm.com
                mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 6