IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | HONORABLE JOHN C. MELARAGNO |
| ACACIA TATE CHRISPEN, | : | |
|     Debtors | : | CHAPTER 13 |
| | : | |
| M&T BANK, | : | RELATED TO CLAIM NO. 3 |
|     Movant, | : | |
| | : | |
|         v. | : | |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | |
| ACACIA TATE CHRISPEN; and RONDA | : | |
| J. WINNECOUR, CHAPTER 13 | : | |
| TRUSTEE, | : | |
|     Respondents. | : | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE
FILED IN COMPLIANCE WITH THE LOCAL RULES**

I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                      Respectfully submitted,

                                      THE QUINN LAW FIRM

BY:   /s/ Michael S. Jan Janin
        Michael S. Jan Janin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, Pennsylvania 16506-4508
        Telephone: 814-833-2222, Extension 1045
        Facsimile: 814-833-6753
        E-Mail: mjanjanin@quinnfirm.com
        Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND ACACIA TATE CHRISPEN, | : : | HONORABLE JOHN C. MELARAGNO |
| Debtors | : | CHAPTER 13 |
| | : | |
| M&T BANK, | : | RELATED TO CLAIM NO. 3 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD KENNETH CHRISPEN, II AND ACACIA TATE CHRISPEN; and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : : : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on October 28, 2024.

The type of service made on the parties was *Electronic Notification via the CM/ECF System.*

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
- Brian Nicholas on behalf of Creditor M&T BANK at bnicholas@kmllawgroup.com
- Denise Carlon on behalf of Creditor M&T BANK at dcarlon@kmllawgroup.com
- William E. Craig on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing at wcraig@egalawfirm.com
- Brent J. Lemon on behalf of Creditor M&T BANK at blemon@kmllawgroup.com

Dated: October 28, 2024                    Respectfully submitted,

                                           THE QUINN LAW FIRM

                                     BY:   /s/ Michael S. Jan Janin
                                           Michael S. Jan Janin, Esquire
                                           PA Id. No. 38880
                                           2222 West Grandview Boulevard
                                           Erie, Pennsylvania  16506-4508
                                           Telephone: 814-833-2222, Ext. 1045
                                           Facsimile: 814-833-6753
                                           E-Mail: mjanjanin@quinnfirm.com
                                           Counsel for Debtors

1639656