IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND ACACIA TATE CHRISPEN, | : | HONORABLE JOHN C. MELARAGNO |
| Debtors | : | CHAPTER 13 |
| | : | |
| M&T BANK, | : | RELATED TO CLAIM NO. 3 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD KENNETH CHRISPEN, II AND ACACIA TATE CHRISPEN; and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Respondents. | : | |
| | : | |

<u>DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE
FILED IN COMPLIANCE WITH THE LOCAL RULES</u>

I hereby certify as counsel for the Debtors that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:   /s/ Michael S. Jan Janin
        Michael S. Jan Janin, Esquire
        PA Id. No. 38880
        2222 West Grandview Boulevard
        Erie, Pennsylvania  16506-4508
        Telephone: 814-833-2222, Extension 1045
        Facsimile: 814-833-6753
        E-Mail: mjanjanin@quinnfirm.com
        Counsel for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | HONORABLE JOHN C. MELARAGNO |
| ACACIA TATE CHRISPEN, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| M&T BANK, | : | RELATED TO CLAIM NO. 3 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | |
| ACACIA TATE CHRISPEN; and RONDA J. | : | |
| WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Respondents. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on November 12, 2025

The type of service made on the parties was *Electronic Notification via the CM/ECF System.*

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

- Brian Nicholas on behalf of Creditor M&T BANK at bnicholas@kmllawgroup.com

- Denise Carlon on behalf of Creditor M&T BANK at dcarlon@kmllawgroup.com

- William E. Craig on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing at wcraig@egalawfirm.com

- Brent J. Lemon on behalf of Creditor M&T BANK at blemon@kmllawgroup.com

Dated: November 12, 2025

                                                Respectfully submitted,

                                                QUINN, BUSECK, LEEMHUIS, TOOHEY
                                                & KROTO, INC.

                              BY:   /s/ Michael S. Jan Janin
                                          Michael S. Jan Janin, Esquire
                                          PA Id. No. 38880
                                          2222 West Grandview Boulevard
                                          Erie, Pennsylvania  16506-4508
                                          Telephone: 814-833-2222, Ext. 1045
                                          Facsimile: 814-833-6753
                                          E-Mail: mjanjanin@quinnfirm.com
                                          Counsel for Debtors

1729297