IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : BANKRUPTCY NO. 23-10255 JCM |
| DONALD KENNETH CHRISPEN, II AND | : |
| ACACIA TATE CHRISPEN, | : HONORABLE JOHN C. MELARAGNO |
|     Debtors. | : |
| | : CHAPTER 13 |
| DONALD KENNETH CHRISPEN, II AND | : |
| ACACIA TATE CHRISPEN, | : |
|     Movants, | : |
| | : |
|     vs. | : |
| | : |
| NO RESPONDENT. | |

**NOTICE OF CHANGE OF ADDRESS**

Please take note that the following addresses have changed:

| **Undeliverable Address** | **Correct Address** |
|---|---|
| Michael S. Jan Janin, Esquire<br>2222 West Grandview Blvd.<br>Erie, PA 16502 | Michael S. Jan Janin, Esquire<br>456 West 6th Street<br>Erie, PA 16507 |

Respectfully submitted,

QUINN LAW FIRM

Dated: February 3, 2026    BY:  /s/ Michael S. Jan Janin
    Michael S. Jan Janin, Esquire
    PA Id. No. 38880
    456 West 6th Street
    Erie, PA 16507
    Telephone: 814-833-2222
    mjanjanin@quinnfirm.com
    Counsel for Debtor

1731265