IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | HONORABLE JOHN C. MELARAGNO |
| ACACIA TATE CHRISPEN, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | DATE AND TIME OF HEARING: |
| ACACIA TATE CHRISPEN, | : | MAY 12, 2026 AT 1:30 PM |
| Movants | : | |
| | : | RESPONSES DUE: |
| v. | : | APRIL 27, 2026 |
| | : | |
| NO RESPONDENT | : | |

**CERTIFICATE OF NO OBJECTION TO COUNSEL FOR DEBTORS' MOTION FOR POST-PETITION FINANCING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Approve Post-Petition Vehicle Financing filed April 8, 2026 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice, objections to the Motion were to be filed and served no later than April 27, 2026.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date of service: April 28, 2026                      Respectfully submitted,

                                                     QUINN ELDERKIN LAW FIRM

                              BY:      /s/ Michael S. Jan Janin
                                       Michael S. Jan Janin, Esquire
                                       PA Id. No. 38880
                                       456 West 6th Street
                                       Erie, PA 16507
                                       Telephone: 814-833-2222
                                       Fax: 814-454-7411
                                       E-Mail: mjanjanin@quinnfirm.com
                                       Counsel for Debtors

1735357