# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

08/27/2026

IN RE:

DONALD KENNETH CHRISPEN, II
ACACIA TATE CHRISPEN
1051 NEWTON AVENUE
ERIE, PA 16511
XXX-XX-6195 Debtor(s)

XXX-XX-6631

Case No.23-10255

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/27/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | | |
|---|---|---|---|
| **AMERICREDIT FINANCIAL SVCS DBA GM FINAN** | Trustee Claim Number:1 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | | ACCOUNT NO.: |
| PO BOX 183853 | | | |
| | CLAIM: 0.00 | | |
| ARLINGTON, TX 76096 | COMMENT: /PRAE | | |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI** | Trustee Claim Number:2 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | | ACCOUNT NO.: |
| PO BOX 183853 | | | |
| | CLAIM: 0.00 | | |
| ARLINGTON, TX 76096 | COMMENT: /PRAE | | |
| **KML LAW GROUP PC*** | Trustee Claim Number:3 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| PHILADELPHIA, PA 19106 | COMMENT: M AND T BANK/PRAE | | |
| **ERIE COUNTY TAX CLAIM BUREAU*** | Trustee Claim Number:4 | INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| ERIE COUNTY COURTHOUSE | Court Claim Number: | | ACCOUNT NO.: |
| 140 W 6TH ST RM 110 | | | |
| | CLAIM: 0.00 | | |
| ERIE, PA 16501 | COMMENT: OK TO CLOSE OFF/CONCIL*NT PROV/PL*NO YRS/SCH | | |
| **ERIE WATER WORKS*** | Trustee Claim Number:5 | INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| 340 WEST BAYFRONT PKWY | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| ERIE, PA 16507-2004 | COMMENT: OK TO CLOSE OFF/CONCIL*NT PROV/PL*NO YRS~WTR AND SWR/SCH | | |
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:6 | INT %: 10.25% | CRED DESC: VEHICLE |
| LOAN ADJUSTMENT DEPT* | Court Claim Number:4 | | ACCOUNT NO.: 7610 |
| 4140 E STATE ST | | | |
| | CLAIM: 26,335.22 | | |
| HERMITAGE, PA 16148 | COMMENT: $CL-PL@10.25%/PL | | |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI** | Trustee Claim Number:7 | INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| PO BOX 183853 | Court Claim Number:1-2 | | ACCOUNT NO.: 9590 |
| | CLAIM: 2,130.99 | | |
| ARLINGTON, TX 76096 | COMMENT: PAY/CONF*REMOVED/AMD PL*RS/OE*AMD CL=$0*W/32 | | |
| **M & T BANK** | Trustee Claim Number:8 | INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| ATTN PAYMENT PROCESSING | Court Claim Number:3 | | ACCOUNT NO.: 9573 |
| POB 1288 | | | |
| | CLAIM: 0.00 | | |
| BUFFALO, NY 14240-1288 | COMMENT: PMT/DECL-PL*DKT4PMT-LMT*1ST*BGN 6/23*NO ARRS | | |
| **DONNA M DONAHER ESQ** | Trustee Claim Number:9 | INT %: 0.00% | CRED DESC: NOTICE ONLY |
| FIRST NATIONAL BANK OF PA | Court Claim Number: | | ACCOUNT NO.: |
| 100 FEDERAL ST 4TH FL | | | |
| MAIL CODE NSHO/FIRST FLOOR | CLAIM: 0.00 | | |
| PITTSBURGH, PA 15212 | COMMENT: | | |
| **BBY/CBNA** | Trustee Claim Number:10 | INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 6497 | Court Claim Number: | | ACCOUNT NO.: |
| | CLAIM: 0.00 | | |
| SIOUX FALLS, SD 57117 | COMMENT: NT ADR/SCH | | |

CLAIM RECORDS

| | | |
|---|---|---|
| **CREDITOR INFORMATION MISSING OR VAGUE** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| NEED VERIFICATION | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| | COMMENT: ND ADR~CARLOS SMITH/SCH | |
| **CREDIT CORP SOLUTIONS INC** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 121 W ELECTION RD STE 200 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| DRAPER, UT 84020 | COMMENT: | |
| **FIRST PREMIER BANK** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 5114 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| SIOUX FALLS, SD 57117 | COMMENT: NT ADR/SCH | |
| **KOHLS DEPARTMENT STORE** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O CREDITORS BANKRUPTCY SVC* | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 800849 | | |
| | CLAIM: 0.00 | |
| DALLAS, TX 75380 | COMMENT: NT ADR~CAP 1/SCH | |
| **MIDLAND FUNDING** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2011 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| WARREN, MI 48090 | COMMENT: NT ADR/SCH | |
| **ONE MAIN FINANCIAL GROUP LLC A/S/F ONE M.** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O ONE MAIN(*) | Court Claim Number:5 | ACCOUNT NO.: 0540 |
| PO BOX 3251 | | |
| | CLAIM: 1,742.21 | |
| EVANSVILLE, IN 47731-3251 | COMMENT: LOAN DOCS SIGNED@SEAL 2/25/21 | |
| **PEMBROKE LAKE APARTMENTS** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 700 MORIANE CT | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| VIRGINIA BEACH, VA 23455 | COMMENT: OLD JDGMNT/SCH | |
| **PRA/PORTFOLIO RECOVERY ASSOCIATES** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 41067 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541-1067 | COMMENT: CAP 1/SCH | |
| **ST VINCENT HEALTH CENTER** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 232 W 25TH ST | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| ERIE, PA 16544 | COMMENT: NT ADR/SCH | |
| **MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 2037 | Court Claim Number:6 | ACCOUNT NO.: 7854 |
| | CLAIM: 3,867.60 | |
| WARREN, MI 48090 | COMMENT: SYNCHRONY/NETWORKS | |

CLAIM RECORDS

**MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 2037 | Court Claim Number:7 | ACCOUNT NO.: 4048
CLAIM: 2,598.77
WARREN, MI 48090 | COMMENT: SYNCHRONY/CARECREDIT

**AIDVANTAGE O/B/O THE DEPARTMENT OF EDUC** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 4450 | Court Claim Number:8 | ACCOUNT NO.: 6631
CLAIM: 34,653.50
PORTLAND, OR 97208 | COMMENT: ADVNTG*LATE

**US DEPARTMENT OF EDUCATION++** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 4830 | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
PORTLAND, OR 97208 | COMMENT: NT ADR~ADVNTG/SCH

**US DEPARTMENT OF EDUCATION++** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 4830 | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
PORTLAND, OR 97208 | COMMENT: NT ADR~ADVNTG/SCH

**US DEPARTMENT OF EDUCATION++** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 4830 | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
PORTLAND, OR 97208 | COMMENT: NT ADR~ADVNTG/SCH

**US DEPARTMENT OF EDUCATION++** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 4830 | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
PORTLAND, OR 97208 | COMMENT: NT ADR~ADVNTG/SCH

**US DEPARTMENT OF EDUCATION++** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 4830 | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
PORTLAND, OR 97208 | COMMENT: NT ADR/SCH

**US DEPARTMENT OF EDUCATION++** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 4830 | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
PORTLAND, OR 97208 | COMMENT: NT ADR/SCH

**VIVE FINANCIAL** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 268808 | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
OKLAHOMA CITY, OK 73126 | COMMENT: NT ADR/SCH

**LVNV FUNDING LLC** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SVCS | Court Claim Number:2 | ACCOUNT NO.: 2156
PO BOX 10587
CLAIM: 0.00
GREENVILLE, SC 29603-0587 | COMMENT: CITIBANK/SEARS*STALE CL$ 8197.60 WD*DOC 28*OE*DOC 29

**CLAIM RECORDS**

| | | |
|---|---|---|
| **BRIDGECREST** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| PO BOX 842695 | Court Claim Number: | ACCOUNT NO.: 5101 |
| | CLAIM: 0.00 | |
| LOS ANGELES, CA 90084-2695 | COMMENT: 142006315101*PMT/PL*498.05X 52REM MO+2=LMT*BGN 2/24 | |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 183853 | Court Claim Number:1-2 | ACCOUNT NO.: 9590 |
| | CLAIM: 2,388.21 | |
| ARLINGTON, TX 76096 | COMMENT: DEFICIENCY*R/S@7*AMD*DFCTV-DK | |
| **CREDIT ACCEPTANCE CORP*** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| ATTN: BANKRUPTCY DEPT* | Court Claim Number: | ACCOUNT NO.: |
| 25505 W 12 MILE RD STE 3000* | | |
| | CLAIM: 0.00 | |
| SOUTHFIELD, MI 48034-8339 | COMMENT: PMT/PL*473.05X24+2=LMT*BGN 6/26 | |