IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | HONORABLE JOHN C. MELARAGNO |
| ACACIA TATE CHRISPEN, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| DONALD KENNETH CHRISPEN, II AND | : | HEARING DATE |
| ACACIA TATE CHRISPEN, | : | OCTOBER 13, 2026 AT 1:30 PM |
| Movants | : | |
| | : | RESPONSE DATE |
| v. | : | SEPTEMBER 28, 2026 |
| | : | |
| NO RESPONDENT | : | |

**CERTIFICATE OF NO OBJECTION TO COUNSEL FOR SECOND APPLICATION OF COUNSEL FOR THE DEBTORS FOR FINAL COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application for Final Compensation filed September 9, 2026 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon. Pursuant to the Notice, objections to the Application were to be filed and served no later than September 28, 2026.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Date of service: September 29, 2026

Respectfully submitted,

QUINN ELDERKIN LAW FIRM

BY: /s/ Michael S. Jan Janin

Michael S. Jan Janin, Esquire
PA Id. No. 38880
456 West 6th Street
Erie, PA 16507
Telephone: 814-833-2222
Fax: 814-454-7411
E-Mail: mjanjanin@quinnfirm.com
Counsel for Debtors