IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 23-10255 JCM |
| | : | |
| DONALD KENNETH CHRISPEN, II AND ACACIA TATE CHRISPEN, | : | HONORABLE JOHN C. MELARAGNO |
| Debtors | : | CHAPTER 13 |
| | : | RELATED TO DOC. NO. 123 |
| DONALD KENNETH CHRISPEN, II AND | : | HEARING DATE |
| ACACIA TATE CHRISPEN, | : | OCTOBER 13, 2026 AT 1:30 PM |
| Movants, | : | |
| | : | RESPONSE DATE |
| v. | : | SEPTEMBER 28, 2026 |
| | : | |
| No Respondents. | : | |

**ORDER**

**AND NOW**, this **1st** day of **October, 2026,** it is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. The *Application for Compensation* is **GRANTED** in the amount of $1,000.00 in fees and $0.00 in costs for services performed by Counsel for the Debtor for the period between March 1, 2023 to August 31, 2026.

2. The total amount of compensation, including the no-look fee, the amount set forth in Paragraph 1, above, and all other approved applications in this case amounts to $7,000.00 in fees and $500.00 in costs.

3. A total of $2,041.42 in compensation remains due.

4. The total compensation due set forth in Paragraph 3 ("Fees") may only be paid through the Chapter 13 Plan ("Plan") if Payment of the fees does not decrease the percentage or amount to be paid to other creditors through the Plan.

5. If the Trustee has funds on hand after the goals of the Plan are achieved or if the Fees are included in the confirmed Plan, the Trustee is authorized to make payment to the Movant of the Fees, otherwise, Debtors must amend the Plan within 14 days from the date of this Order.

jlm
Honorable John C. Melaragno
United States Bankruptcy Judge

SIGNED
10/1/26 10:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1737377

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 23-10255-JCM

Donald Kenneth Chrispen, II Chapter 13

Acacia Tate Chrispen

Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1 User: auto Page 1 of 2

Date Rcvd: Oct 01, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db/jdb | + | Donald Kenneth Chrispen, II, Acacia Tate Chrispen, 1051 Newton Avenue, Erie, PA 16511-2725 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Matthew Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Joint Debtor Acacia Tate Chrispen mjanjanin@quinnfirm.com mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Michael S. Jan Janin | on behalf of Debtor Donald Kenneth Chrispen II mjanjanin@quinnfirm.com, mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

William E. Craig
on behalf of Creditor ACAR Leasing Ltd. d/b/a GM Financial Leasing wcraig@egalawfirm.com alapinski@egalawfirm.com

TOTAL: 6